UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| In re: Search of a Cellular Telephone ) <br> Utilizing Telephone Number 423-304-4338 ) <br> Currently in the Possession of ) <br> Jeffery Jon Rahn ) | Case No. 1:20-mj-76 <br> Magistrate Judge Lee <br> **FILED UNDER SEAL** |

## MOTION TO SEAL

On June 22, 2020, the United States submitted an application for a search warrant for the cellular telephone above. The warrant issued, and the Federal Bureau of Investigation executed it. The warrant relates to an ongoing investigation, and the warrant affidavit contains details and information not known to targets and subjects. Publication of the warrant – and its attendant paperwork, including the affidavit, attachments, and this motion – could frustrate the investigation and cause targets to change patterns of behavior, attempt to intimidate witnesses, and destroy evidence.

Accordingly, the United States respectfully requests that the warrant and all attendant filings – including the application, affidavit, attachment, the appended search warrant return, and this Motion – be filed and maintained under seal for a period of 90 days from the date of this return, subject to further extension or unsealing by order of this Court.

Respectfully submitted this 20th day of August, 2020,

J. DOUGLAS OVERBEY
United States Attorney

By: /s/ Kyle J. Wilson
Kyle J. Wilson, BPR #31844
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
Kyle.Wilson@usdoj.gov
(423) 752-5140