# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A Cellular Telephone Utilizing Telephone No. (423)304-,<br>4338, Currently in the Possession of Jeffery Jon Rahn | )<br>)<br>)  Case No.  1:20-mj -7b<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Tennessee_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein

**YOU ARE COMMANDED** to execute this warrant on or before _____July 6, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Susan K. Lee_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/22/20 @ 1:15 p.m.        _____/s/ Susan K. Lee_____
                                                                                 *Judge's signature*

City and state:  Chattanooga, Tennessee            Hon. Susan K. Lee, United States Magistrate Judge
                                                                                 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:20-mj-76 | Date and time warrant executed: 6/30/2020 / 11:25AM | Copy of warrant and inventory left with: Jeff Rahn |
| Inventory made in the presence of : Jeff Rahn. |||
| Inventory of the property taken and name of any person(s) seized: |||

1. Black I-Phone 7, model # MNCO2LL/A, serial # F71SPCS0HG6X.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/8/2020

*Executing officer's signature*

R. Scott Barker, Special Agent
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

In re: Search of a Cellular Telephone )  Case No. 1:20-mj-76
Utilizing Telephone Number 423-304-4338 )  Magistrate Judge Lee
Currently in the Possession of )  **FILED UNDER SEAL**
Jeffery Jon Rahn )

## ATTACHMENT A

The property to be searched is the cellular telephone or device associated with cellular telephone number (423)304-4338, in the possession of, or under the custody and control of, Jeffery Rahn.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

In re: Search of a Cellular Telephone )   Case No. 1:20-mj – 76
Utilizing Telephone Number 423-304-4338 )   Magistrate Judge Lee
Currently in the Possession of )   **FILED UNDER SEAL**
Jeffery Jon Rahn )

## ATTACHMENT B

Items to be searched for and seized pursuant to the search warrant:

1.  The Device described in Attachment A, and all records thereon that relate to violations of Title 18, United States Code, Section 242 by SDPD Officer Jeffery Jon Rahn from July 1, 2017, to the present, including:

    a.  call logs, text messages, instant messages, contact/address lists; e-mails, social media messaging (i.e. Facebook messenger), messages sent o,r received from communication applications or software programs such as WhatsApp.

    b.  saved audio or video clips from communication applications or software programs (i.e. Facebook messenger, WhatsApp)

    c.  communications and information relative to law enforcement actions, interactions with subjects, interactions with confidential informants, and interactions with other law enforcement personnel;

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records evidencing the use of the Internet Protocol address, including:

    a. records of Internet Protocol addresses used;

    b. records of internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

4. This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.